**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Namco, LLC | : | Case No. 13-10610 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **DDR Southeast Hanover, LLC,** Attn: Renee Weiss, 3300 Enterprise Parkway, Beachwood, OH 44122, Phone: 216-755-5662, Fax: 216-755-1662

2. **WilBar International**, Attn: Steven Cohen, 50 Cabot Court, Hauppauge NY 11788, Phone: 516-528-4476, Fax: 631-951-9170

3. **Asahi Chemical Industry Co., LTD.,** Attn: Noboru Sato, 672-1, Owadshinden, Yachiyo Shi, Chiba Ken, 276-0046 Japan, Phone: 81-47-458-6683, Fax: 81-47-458-6682

4. **Swinline Corp.**, Attn: Larry Schwimmer, 191 Rodeo Drive, Edgewood NY 11717, Phone: 631-254-2155, Fax: 631-254-2363

5. **Vinyl Works Canada,** Attn: Trent Pettit, 2174 Barber Drive, Pt. Colborne ON Can L3K5V5, Phone: 905-834-5666, Fax: 905-834-0666

6. **Damco USA**, Attn: Michael Carroll, 2 Giralda Farms, Madison Avenue, Madison NJ 07940, Phone: 973-514-5171, Fax: 973-514-5088

7. **John Froman**, 72 Hillburn Lane, North Barrington IL 60010, Phone: 847-620-6888, Fax: 847-620-6889


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Mark Kenney for,
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: April 4, 2013

Attorney assigned to this Case: Mark Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Anthony M. Saccullo, Esquire, Phone: (302) 836-8877, Fax: (302) 836-8787