IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NAMCO, LLC,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No.: 13-10610 (PJW) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

       Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Robert J. Feinstein, of Pachulski Stang Ziehl & Jones LLP, to represent the Official Committee of Unsecured Creditors in these and any related adversary proceedings.

Dated: April 8, 2013

                                         Bradford J. Sandler (Bar No. 4142)
                                         Pachulski Stang Ziehl & Jones LLP
                                         919 North Market Street, 17th Floor
                                         Wilmington, Delaware 19899-8705 (Courier 19801)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

       Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, the United States District Courts for Southern, Eastern, Northern, and Western Districts of New York and the United States Courts of Appeal for the Second, Fourth, and Sixth Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                         Robert J. Feinstein (NY Bar No. RF-2836)
                                         Pachulski Stang Ziehl & Jones LLP
                                         780 Third Avenue, 36th Floor
                                         New York, NY 10017

## ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2013

                                         The Honorable Peter J. Walsh
                                         United States Bankruptcy Judge

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number, is Namco, LLC (5145).