## **EXHIBIT A**

Plan of Reorganization – *intentionally omitted*