## **EXHIBIT B**

Financial Projections – *to be filed*