## **EXHIBIT C**

Discounted Cash Flow Analysis – *to be filed*