## **EXHIBIT D**

Liquidation Analysis – *to be filed*