**EXHIBIT A**

**Ballot for Class 3**

2088385-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NAMCO, LLC,[1] | ) ) ) | Case No. 13-10610 (PJW) |
| Debtor. | ) ) ) |  |

CLASS 3 BALLOT FOR ACCEPTING OR
REJECTING PLAN OF REORGANIZATION

Namco, LLC, the debtor and debtor in possession in the above-captioned case (the "Debtor"), filed a plan of reorganization in this case dated May 17, 2013 (the "Plan"). The Court has approved the disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's balloting agent:

| Via First Class Mail: | Via Hand Delivery/ Overnight Courier: |
|---|---|
| **Namco Ballot Processing**<br>**c/o Epiq Bankruptcy Solutions, LLC**<br>**FDR Station, PO Box 5014**<br>**New York, NY 10150-5014** | **Namco Ballot Processing**<br>**c/o Epiq Bankruptcy Solutions, LLC**<br>**757 Third Avenue, 3rd Floor**<br>**New York, NY 10017** |

Court approval of the disclosure statement does not indicate approval of the Plan by the Bankruptcy Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in Class 3 (Second Lien Claim) under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Namco, LLC (5145).

2088385-1

> THE **VOTING DEADLINE** BY WHICH YOUR BALLOT MUST BE ***ACTUALLY RECEIVED*** BY THE DEBTOR'S BALLOTING AGENT, EPIQ BANKRUPTCY SOLUTIONS, LLC. IS **4:00 P.M. (EASTERN TIME) ON JULY[   ], 2013**. IF YOUR BALLOT IS NOT ***ACTUALLY RECEIVED*** ON OR BEFORE THE VOTING DEADLINE, YOUR BALLOT WILL ***NOT*** BE COUNTED.

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

If you are a Holder of a Class 3 Second Lien Claim, please use this Ballot to cast your vote to accept or reject the Plan. Capitalized terms used and not otherwise defined herein shall have the meaning set forth in the Plan. The Plan is Exhibit 1 to the Disclosure Statement, which accompanies this Ballot. The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of Claims in each Class that votes on the Plan, and if it otherwise satisfies the requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained (or if a Class of Claims or Interests is deemed to reject the Plan), the Bankruptcy Court may nonetheless confirm the Plan if it finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the Class or Classes rejecting it, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To have your vote count, you must complete, sign and return this Ballot in accordance with the instructions set forth below.

## HOW TO VOTE

> 1. Complete ITEM 1.
> 2. Cast your vote either to accept or reject the Plan by checking the proper box in ITEM 2.
> 3. (Optional) Complete ITEM 3
> 4. Review the certifications contained in ITEM 4
> 5. **SIGN AND DATE THE BALLOT**. Unsigned Ballots will not be counted.
> 6. YOU MUST VOTE ALL YOUR CLAIMS EITHER TO ACCEPT OR TO REJECT THE PLAN AND MAY NOT SPLIT YOUR VOTE. EXCEPT IN THE SOLE DISCRETION OF THE DEBTOR, SPLIT VOTES WILL NOT BE COUNTED.
> 7. RETURN THE BALLOT IN THE PRE-ADDRESSED POSTAGE-PAID ENVELOPE.

**Item 1.**     **Amount of Claim Voted**. The undersigned certifies that as of July [ ], 2013, the undersigned was the Holder of a Class 3 Second Lien Claim in the amount set forth below:

$$\boxed{\$\phantom{XXXXXXXXXXXXXXXXXXXXXXXXXXX}}$$

**Item 2.**     **Vote**. The undersigned Holder of the Claim votes as follows (check ONE box only — if you do not check a box, or if you check both boxes, your vote will not be counted):

☐ to **Accept** the Plan.     ☐ to **Reject** the Plan.

**Item 3**     **(Optional) Plan Releases (Do not complete if you have rejected the Plan).**

**Pursuant to the Plan, if you return a Ballot and vote to ACCEPT the Plan, but do not elect to opt out of the release provision contained in Section 10.7(A) of the Plan, you are automatically deemed to have accepted the release provision contained in Section 10.7(A) of the Plan. However, if you vote to ACCEPT the Plan, you may check the box below to opt out of the release provision contained in Section 10.7(A) of the Plan.**

☐     I hereby ELECT TO OPT OUT of the release provision contained in Section 10.7(A). of the Plan.

> 1.     Section 10.7(a) of the Plan provides as follows:
>
> 2.     **EACH CREDITOR FOR ITSELF AND EACH OF ITS RESPECTIVE TRUSTEES, AFFILIATES, PREDECESSORS, SUCCESSORS, ASSIGNS, EMPLOYEES, AGENTS, ATTORNEYS, LEGAL REPRESENTATIVES, PROFESSIONALS, PARENTS, SUBSIDIARIES, EQUITY HOLDERS, MEMBERS, OFFICERS, DIRECTORS, MANAGERS AND ANY OTHER PERSON ACTING FOR OR ON BEHALF OF IT (COLLECTIVELY, THE "RELEASING PARTIES"), RELEASES, ACQUITS AND FOREVER DISCHARGES EACH OF THE RELEASED PARTIES AND EACH OF THEIR RESPECTIVE TRUSTEES, AFFILIATES, PREDECESSORS, SUCCESSORS, ASSIGNS, EMPLOYEES, AGENTS, ATTORNEYS, LEGAL REPRESENTATIVES, PROFESSIONALS, PARENTS, SUBSIDIARIES, EQUITY HOLDERS, MEMBERS, OFFICERS, DIRECTORS, MANAGERS AND ANY OTHER PERSON ACTING FOR OR ON BEHALF OF IT OF AND FROM ANY AND ALL CLAIMS, LIABILITIES, DEMANDS, DAMAGES, ACTIONS, CAUSES OF ACTION, RIGHTS, COSTS, LOSSES, EXPENSES, ADVERSE CONSEQUENCES, DEBTS, DEFICIENCIES, DIMINUTION IN VALUE, LIENS, AMOUNTS PAID IN SETTLEMENT, DISBURSEMENTS, COMPENSATION AND SUITS AT LAW OR IN EQUITY, OF WHATSOEVER KIND OR NATURE, IN EACH CASE, THAT ANY OF THE RELEASING PARTIES EVER HAD, NOW HAS OR HEREAFTER CAN, SHALL OR MAY HAVE BECAUSE OF ANYTHING HERETOFORE DONE, OMITTED, SUFFERED, OR ALLOWED TO BE DONE BY ANY OF THE RELEASED PARTIES, WHETHER FORESEEN OR UNFORESEEN, FIXED OR CONTINGENT, DIRECT, INDIRECT OR DERIVATIVE, ASSERTED OR UNASSERTED, MATURED OR UNMATURED, LIQUIDATED OR UNLIQUIDATED, SUSPECTED OR**

> **UNSUSPECTED, OR WHETHER KNOWN OR UNKNOWN, INCLUDING, WITHOUT LIMITATION, ANY CLAIMS FOR BREACH OF CONTRACT OR ANY INTERFERENCE WITH CONTRACT, AND ANY DAMAGES AND THE CONSEQUENCES THEREOF RESULTING FOR ANY REASON WHATSOEVER, IN EACH CASE TO THE EXTENT ARISING PRIOR TO THE EFFECTIVE DATE IN CONNECTION WITH THE SENIOR LENDER CREDIT AGREEMENT, THE SECOND LIEN CREDIT AGREEMENT, THE EXISTING EQUITY INTERESTS, THE DIP CREDIT AGREEMENT, THE PLAN, OR THE CHAPTER 11 CASE (ALL OF THE FOREGOING, COLLECTIVELY, THE "RELEASED MATTERS").  NO RELEASING PARTY SHALL COMMENCE, AID OR PARTICIPATE IN (EXCEPT TO THE EXTENT REQUIRED BY ORDER OR LEGAL PROCESS ISSUED BY A COURT OR GOVERNMENTAL AGENCY OF COMPETENT JURISDICTION) ANY LEGAL ACTION OR OTHER PROCEEDING BASED IN WHOLE OR IN PART, DIRECTLY OR INDIRECTLY, UPON THE RELEASED MATTERS.   THIS RELEASE SHALL APPLY TO ALL UNKNOWN OR UNANTICIPATED RESULTS OF ANY ACTION OF ANY RELEASED PARTY OR THE DEBTOR WITH RESPECT OF THE RELEASED MATTERS, AS WELL AS THOSE KNOWN AND ANTICIPATED..**

**Item 4**  By signing this Ballot, the undersigned certifies with respect to the Claim(s) identified in Item 1, above, that:

(i) such Person or Entity is the holder of the aggregate face amount of the Class 3 Claim(s) set forth in Item 1 herein or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

(ii) such person or Entity has received and reviewed a copy of the Disclosure Statement and the Plan, the Ballot and other solicitation materials and documents related thereto, and acknowledges that the solicitation of votes to accept or reject the Plan is being made pursuant to the terms and conditions set forth therein;

(iii) such Person or Entity has cast the same vote on every Ballot completed by such Person or Entity with respect to holdings of Class 3 Claims;

(iv) no other Ballots with respect to the Class 3 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Class 3 Claims, such earlier Ballots are hereby revoked;

(v)  (a) the Debtor has made available to such Person or Entity or its agents all documents and information relating to the Plan and related matters reasonably requested by or on behalf of such Person or Entity, and (b) except for information provided by the Debtor in writing, and by its own agents, such Person or Entity has not relied on any statements made or other information received from any Person with respect to the Plan; and

(vi) all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy and legal representatives of the undersigned and shall not be affected by, and shall survive, the death or incapacity of the undersigned.

2088385-1

If the holder entitled to vote is a corporation, please sign in corporate name by authorized officer, or if a partnership, please sign in partnership name by authorized person.

No fees, commissions, or other remuneration will be payable to any broker, dealer or other person for soliciting votes on the Plan.  This Ballot shall not constitute or be deemed a proof of claim, an assertion of a claim, or an admission by the Debtor of the nature, validity or amount of any claim.

Claimants submitting duplicative Ballots in the same Class shall be deemed to have voted in the manner of the last Ballot cast before the Voting Deadline.  Any Ballot that is illegible or contains insufficient information to permit the identification of the claimant will not be counted.

BALLOTS MUST BE RETURNED TO EPIQ BANKRUPTCY SOLUTIONS, LLC AT:

| **If Delivered by Mail:** | **If Delivered by Overnight or Hand Delivery:** |
|---|---|
| **Namco Ballot Processing**<br>**c/o Epiq Bankruptcy Solutions, LLC**<br>**FDR Station, PO Box 5014**<br>**New York, NY 10150-5014** | **Namco Ballot Processing**<br>**c/o Epiq Bankruptcy Solutions, LLC**<br>**757 Third Avenue, 3rd Floor**<br>**New York, NY 10017** |

**YOUR VOTE MUST BE SENT IN AMPLE TIME FOR YOUR VOTE TO BE *ACTUALLY RECEIVED* BY THE DEBTOR'S BALLOTING AGENT, EPIQ BANKRUPTCY SOLUTIONS, LLC, BY 4:00 P.M. (EASTERN TIME) ON JULY [ ], 2013 OR YOUR VOTE WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THIS BALLOT, THE DISCLOSURE STATEMENT, THE PLAN OR OTHER RELATED MATERIALS OR DOCUMENTS, PLEASE CONTACT EPIQ BANKRUPTCY SOLUTIONS, LLC BY EMAIL AT tabulation@epiqsystems.com, BY CALLING 646-282-2500 OR IN WRITING AT THE BALLOT PROCESSING ADDRESSES ABOVE.**

**YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE PLAN CAREFULLY BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING THE PLAN AND YOUR CLASSIFICATION AND TREATMENT UNDER THE PLAN.**

Name:_____
           (Print or Type)

Social Security or Federal Tax I.D. No.:_____
                                    (Optional)

Signature:_____

By:_____
        (If Appropriate)

Title:_____
        (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number: (___)_____