## **EXHIBIT C**

**Notice of Non-Voting Status**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NAMCO, LLC,[1] | ) ) ) | Case No. 13-10610 (PJW) |
| Debtor. | ) ) ) ) |  |

## NOTICE OF NON-VOTING STATUS

     1.     PLEASE TAKE NOTICE THAT by order entered on June [ ], 2013, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order (the "Order") approved the Debtor's Disclosure Statement for Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan") Proposed by the Debtor.  The Disclosure Statement was filed by Namco, LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for use by the Debtor in soliciting acceptances or rejections of the Plan from holders of impaired claims entitled to receive distributions under the Plan.  All capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Plan.

     2.     **UNDER THE TERMS OF THE PLAN, YOUR CLAIM AGAINST AND/OR EQUITY INTEREST IN THE DEBTOR IS NOT ENTITLED TO VOTE ON THE PLAN.  CLAIMS IN CLASS 1 (PRIORITY NON-TAX CLAIMS) AND CLASS 2 (SENIOR LENDER CLAIMS) ARE UNIMPAIRED AND ARE DEEMED TO ACCEPT THE PLAN.  CLAIMS IN CLASS 5 (EXISTING EQUITY INTERESTS) DO NOT RECEIVE OR RETAIN PROPERTY UNDER THE PLAN AND ARE DEEMED TO REJECT THE PLAN.**

     3.     **IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM OR INTEREST, OR YOU WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, YOU SHOULD CONTACT THE DEBTOR'S BALLOTING AGENT, EPIQ BANKRUPTCY SOLUTIONS, LLC ("EPIQ") BY EMAIL AT tabulation@epiqsystems.com, BY CALLING 646-282-2500 OR IN WRITING AT**

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Namco, LLC (5145).

2080599-1

| If Delivered by Mail: | If Delivered by Overnight or Hand Delivery: |
|---|---|
| **Namco Ballot Processing**<br>**c/o Epiq Bankruptcy Solutions, LLC**<br>**FDR Station, PO Box 5014**<br>**New York, NY 10150-5014** | **Namco Ballot Processing**<br>**c/o Epiq Bankruptcy Solutions, LLC**<br>**757 Third Avenue, 3rd Floor**<br>**New York, NY 10017** |

4.  Copies of the Order, the Plan and the Disclosure Statement are available for inspection on the Court's website at http://ecf.deb.uscourts.gov and A login and password to the Court's Public Access to Electronic Court Records ("PACER") website are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov.  Copies may also be obtained online at the website of the Debtor's balloting agent, Epiq Bankruptcy Solutions, LLC at http://dm.epiq11.com/namco, or by written request (at your cost) to Epiq using the above-described contact information.

Dated: June [   ], 2013

A. M. SACCULLO LEGAL, LLC

_____
Anthony M. Saccullo (Bar No. 4141)
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
kovach@saccullolegal.com

and

Michael S. Fox, Esquire
Jordanna L. Nadritch, Esquire
Jonathan T. Koevary, Esquire
OLSHAN FROME WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

*Counsel to the Debtor*

2