# EXHIBIT E

**Confirmation Hearing Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NAMCO, LLC,[1] | ) ) ) | Case No. 13-10610 (PJW) |
| Debtor. | ) ) ) |  |

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT;
(II) ESTABLISHMENT OF SOLICITATION AND VOTING PROCEDURES WITH
RESPECT TO PROPOSED PLAN; (III) HEARING ON CONFIRMATION OF
PROPOSED PLAN; AND (IV) ESTABLISHMENT OF NOTICE AND OBJECTION
PROCEDURES FOR OBJECTING TO CONFIRMATION OF PROPOSED PLAN**

**TO ALL PARTIES IN INTEREST IN THE ABOVE-REFERENCED CHAPTER 11 CASES OF NAMCO, LLC (COLLECTIVELY, THE "DEBTOR"), PLEASE TAKE NOTICE THAT:**

1. **Approval of Disclosure Statement.** By order, dated June [ ], 2013 (the "Disclosure Statement Order"), the United States Bankruptcy Court for the District of Delaware approved the *Disclosure Statement for the Chapter 11 Plan of Reorganization of Namco, LLC* (the "Debtor") dated May [ ], 2013 (as it may be amended, modified, or supplemented from time to time, the "Disclosure Statement"). The Disclosure Statement Order authorizes the Debtor to solicit votes to accept or reject the *Chapter 11 Plan of Reorganization of Namco, LLC*, dated May [ ], 2013 (as it may be amended, modified, or supplemented from time to time, the "Proposed Plan").[2]

2. **Confirmation Hearing.** A hearing will be held before the Honorable Peter J. Walsh, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, DE 19801, on **July [ ], 2013 at [ ]:[ ] a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard (the "Confirmation Hearing") to consider the entry of an order confirming the Proposed Plan. The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtor of the adjourned date(s) at the Confirmation Hearing or any continued hearing, and the Proposed Plan may be modified, if necessary, pursuant to 11 U.S.C. § 1127 prior

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Namco, LLC (5145).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Proposed Plan.

to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.

3. **Record Date and Voting Deadline.** The Disclosure Statement Order establishes (a) June [ ], 2013 as the record date for determining the Holders of Claims in Class 3 (Second Lien Claims) and Class 4 (General Unsecured Claims) (the "Voting Classes") entitled to vote on the Proposed Plan and (b) July [ ], 2013 at 4:00 p.m. (prevailing Eastern Time) as the deadline for the submission of ballots (the "Ballots") to accept or reject the Proposed Plan. Holders of Claims in the Voting Classes will receive Ballots for casting such votes. Failure to follow the instructions set forth in the Disclosure Statement Order and Ballot may disqualify that Ballot and the vote represented thereby.

4. **Parties in Interest Not Entitled to Vote.** Holders of Claims or Equity Interests in Class 1 (Priority Non-Tax Claims), Class 2 (Senior Lenders Claims), and Class 5 (Existing Equity Interests) are not entitled to vote and will not receive a Ballot. If you hold such a Claim or Equity Interest, you will receive a notice of your non-voting status. If you are not entitled to vote on the Proposed Plan but believe that you should be entitled to vote on the Proposed Plan, then you must serve on the parties identified in paragraph 5 below, and file with the Court, a motion for an order, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (a "Rule 3018(a) Motion"), temporarily allowing such claim in a stated amount for purposes of voting to accept or reject the Proposed Plan. All Rule 3018(a) Motions must be filed on or before the fourteenth (14th) day after the later of (i) the date of service of this Notice and (ii) the date of service of an objection, if any, to such Claim, but in no event later than seven (7) days prior to the Confirmation Hearing. In accordance with Rule 3018 of the Federal Rules of Bankruptcy Procedure, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted unless temporarily allowed by the Court for voting purposes, after notice and a hearing, prior to or at the Confirmation Hearing. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above may not be considered.

5. **Objections to Confirmation of the Proposed Plan.** Objections, if any, to the Proposed Plan must (i) be in writing, (ii) state the name and address of the objecting party and the amount and nature of the Claim or Equity Interest of such party, (iii) state with particularity the basis and nature of any objection to the Proposed Plan, and (iv) be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, together with proof of service, and served upon: (a) the Debtor, Namco, LLC, 100 Sanrico Drive, Manchester, CT 06042, Attn: Lee Diercks (b) Debtor's counsel, Olshan Frome Wolosky, LLP, 65 East 55th Street, New York, New York 10022, Attn: Michael S. Fox and/or Jordanna L. Nadritch and A. M. Saccullo Legal, LLC, 27 Crimson King Drive, Bear, Delaware 19701, Attn: Anthony M. Saccullo; (c) the United States Trustee for Region 3, 844 King Street, Suite 2207, Wilmington, DE 19801; (d) counsel to the Creditors' Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017-2024, Attn: Robert J. Feinstein, Esq.; and (e) the Debtor's prepetition and postpetition secured lenders, Riemer & Braunstein LLP , 7 Times Sq., Suite 2506, Times Sq. Tower , 25th Floor, New York, NY 10036-6524, Attn: Steven E. Fox, Esq. and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501,

2086076-1

Wilmington, DE 19801, Attn: Steven K. Kortanek, Esq.; in each case so as to be actually received on or before **JULY [ ], 2013 AT 4:00 P.M. (PREVAILING EASTERN TIME).** **UNLESS AN OBJECTION IS TIMELY FILED AND SERVED AS PROVIDED HEREIN, IT MAY NOT BE CONSIDERED AT THE CONFIRMATION HEARING.**

6. **Deemed Substantive Consolidation.**  The Proposed Plan calls for the deemed substantive consolidation of the Debtor for all purposes.  Thus, on and after the Effective Date, (i) all assets and liabilities of the Debtor shall be treated as though they were pooled, (ii) each Claim filed or to be filed against any Debtor shall be deemed filed as a single Claim against and a single obligation of the Debtor, (iii) all Claims held by a Debtor against any other Debtor shall be cancelled or extinguished, (iv) no Distributions shall be made under the Plan on account of any Claim held by a Debtor against any other Debtor, (v) the Equity Interests shall be cancelled, (vi) no Distributions shall be made under the Plan on account of any Equity Interest held by a Debtor in any other Debtor, and (vii) all guarantees of any Debtor of the obligations of any other Debtor shall be eliminated so that any Claim against any Debtor and any guarantee thereof executed by any other Debtor, and any joint or several liability of any of the Debtor shall be one obligation of the substantively consolidated Debtor.

7. **Releases and Injunctions.**  The Proposed Plan also enjoins any party from, among other things, pursuing their claims against and interests in the Debtor.  With certain exceptions, the Proposed Plan also exculpates certain parties, including the Debtor and their officers, directors and employees, from liability for any actions taken in connection with the chapter 11 cases and provides for a release of the Debtor' claims and noticing agent and certain members of management.  Please refer to Article X of the Proposed Plan for additional information.

8. **Additional Information.**  For information about the solicitation procedures, or to obtain a copy of the Disclosure Statement Order, the Disclosure Statement, the Proposed Plan, or any related documents, please contact Epiq Bankruptcy Solutions, LLC, the Debtor' Voting Agent, at 646.282.2400, or visit the Voting Agent's website at http://dm.epiq11.com/namco.  Please note that the Voting Agent is not permitted to give legal advice.

3

Dated:    June [ ], 2013

          **A. M. SACCULLO LEGAL, LLC**

          _____
          Anthony M. Saccullo (Bar No. 4141)
          Thomas H. Kovach (Bar No. 3964)
          27 Crimson King Drive
          Bear, Delaware 19701
          (302) 836-8877
          (302) 836-8787 (facsimile)
          ams@saccullolegal.com
          kovach@saccullolegal.com

          and

          Michael S. Fox, Esquire
          Jordanna L. Nadritch, Esquire
          Jonathan T. Koevary, Esquire
          OLSHAN FROME WOLOSKY LLP
          Park Avenue Tower
          65 East 55th Street
          New York, New York 10022
          (212) 451-2300

          *Counsel to the Debtor*