# EXHIBIT F

**Notice of Disclosure Statement Hearing**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NAMCO, LLC,[1] | ) | Case No. 13-10610 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | **Hearing Date: June 24, 2013 at 10:00 a.m. (ET)** |
| | ) | **Objection Deadline: June 17, 2013 at 4:00 p.m. (ET)** |
| | ) | |
| | ) | |

**NOTICE OF HEARING DEBTOR'S MOTION FOR ORDER: (A) APPROVING THE DISCLOSURE STATEMENT; (B) FIXING THE VOTING RECORD DATE; (C) APPROVING THE SOLICITATION MATERIALS AND PROCEDURES FOR DISTRIBUTION THEREOF; (D) APPROVING THE FORMS OF BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING ON THE DEBTOR'S PLAN OF REORGANIZATION; (E) SCHEDULING A HEARING AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES IN RESPECT OF THE CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION; AND (F) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on May 17, 2013, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the above-captioned debtor and debtor-in-possession (the "Debtor") filed *Debtor's Motion For Order: (A) Approving The Disclosure Statement; (B) Fixing The Voting Record Date; (C) Approving The Solicitation Materials And Procedures For Distribution Thereof; (D) Approving The Forms Of Ballots And Establishing Procedures For Voting On The Debtor's Plan Of Reorganization; (E) Scheduling A Hearing And Establishing Notice And Objection Procedures In Respect Of The Confirmation Of Debtor's Plan Of Reorganization; And (F) Granting Related Relief.*

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number, is Namco, LLC (5145).

**PLEASE TAKE FURTHER NOTICE** that by this Motion, the Debtor seeks to approve its disclosure statement (the "Disclosure Statement"), dated and filed May 17, 2013, related Plan of Reorganization of Namco, LLC, dated May 17, 2013 (the "Plan"). The Debtor also seeks to establish certain dates and procedures in connection with solicitation of votes to accept or reject the Plan. Copies of the Motion, the Disclosure Statement and the Plan have been provided to parties in interest that have previously filed request of service of pleadings filed in the Debtor's chapter 11 case. You may view or obtain copies of the Motion, the Disclosure Statement and the Plan on the Court's website https://ecf.deb.uscourts.gov/cgi-bin/ or the Claim Agent's website at http://dm.epiq11.com/namco.

**PLEASE TAKE FURTHER NOTICE** that any objections or other responses to the approval of the Disclosure Statement must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by (a) the Debtor, Namco, LLC, 100 Sanrico Drive, Manchester, CT 06042, Attn: Lee Diercks (b) Debtor's counsel, Olshan Frome Wolosky, LLP, 65 East 55th Street, New York, New York 10022, Attn: Michael S. Fox and/or Jordanna L. Nadritch and A. M. Saccullo Legal, LLC, 27 Crimson King Drive, Bear, Delaware 19701, Attn: Anthony M. Saccullo; (c) the United States Trustee for Region 3, 844 King Street, Suite 2207, Wilmington, DE 19801; (d) counsel to the Creditors' Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017-2024, Attn: Robert J. Feinstein, Esq.; and (e) the Debtor's prepetition and postpetition secured lenders, Riemer & Braunstein LLP , 7 Times Sq., Suite 2506, Times Sq. Tower , 25th Floor, New York, NY 10036-6524, Attn: Steven E. Fox, Esq. and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, Attn: Steven K. Kortanek, Esq., on or before **June 17, 2013 at 4:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if an objection or other response is filed, a hearing on the Motion may be held before the Honorable Peter J. Walsh in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801, on **June 24, 2013 at 10:00 a.m. (Eastern Time)**.

**THIS NOTICE IS NOT A SOLICIATION OF YOUR VOTE TO ACCEPT OR REJECT THE PLAN**. Votes on the Plan may not be solicited unless and until the Court approves the Disclosure Statement. Following approval of the Disclosure Statement by the Court, holders of claims against the Debtor who are entitled to vote on the Plan will receive a copy of the approved Disclosure Statement, the Plan and various other related documents.

Please note that the Hearing may be continued from time to time without further notice other than announcement of the adjourned date(s) in open court at the Hearing or any continued hearing.

Dated: May 17, 2013          A. M. SACCULLO LEGAL, LLC

                                         _____

Anthony M. Saccullo (Bar No. 4141)
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
kovach@saccullolegal.com

         and

Michael S. Fox, Esquire
Jordanna L. Nadritch, Esquire
Jonathan T. Koevary, Esquire
OLSHAN FROME WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Counsel to the Debtor*

5

2084017-1