IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NAMCO, LLC,[1] | ) |
| | ) Case No. 13-10610 (PJW) |
| Debtor. | ) |
| | ) |
| | ) |

*AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 22, 2013 AT 11:00 A.M. .[3]

I. MATTERS WITH CERTIFICATES OF NO OBJECTION

1. Debtor's Motion Pursuant To Sections 105, 365(a), And 554(a) Of The Bankruptcy Code To Establish Procedures For The Rejection Of Unexpired Leases Of Nonresidential Real Property And Abandonment Of Related Personal Property [Docket No. 121, Filed April 11, 2013];

   Response Deadline:   May 15, 2013 at 4:00 p.m.

   Related Documents:

   A.   Certificate of No Objection Regarding Docket Number 121 [Docket No. 229, Filed May 20, 2013];

   B.   Proposed Form of Order Regarding Docket Number 121;

   Responses Received:  None

   Status:  A Certificate of No Objection has been filed, and no hearing on this Motion is necessary unless the Court requires otherwise.

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number, is Namco, LLC (5145).

[2] **Amended items appear in bold.**

[3] The hearing will be held before the Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801. In accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005 (As Revised on April 27, 2009)*, any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 1-866-582-6878 prior to 12:00 p.m. on the business day prior to the hearing to register his/her telephonic appearance.

2086969-1

2. Motion Of The Official Committee Of Unsecured Creditors For An Order Clarifying The Requirements To Provide Access To Confidential Or Privileged Information [Docket No. 154, Filed April 25, 2013];

   Response Deadline:    May 9, 2013 at 4:00 p.m.

   Related Documents:

   A. Certificate of No Objection Regarding Docket Number 154 [Docket No. 204, Filed May 13, 2013];

   B. Proposed Form of Order Regarding Docket Number 154.

   Responses Received:  None

   Status:  A Certificate of No Objection has been filed, and no hearing on this Motion is necessary unless the Court requires otherwise.

3. Application Of Official Committee Of Unsecured Creditors For Order, Pursuant To 11 U.S.C. §§ 327 And 1103, Fed. R. Bankr. P. 2014, And Local Rule 2014-1, Authorizing And Approving The Employment And Retention Of Pachulski Stang Ziehl & Jones LLP As Counsel To The Official Committee Of Unsecured Creditors *Nunc Pro Tunc* to April 4, 2013 [Docket No. 182, Filed May 1, 2013];

   Response Deadline:    May 15, 2013 at 4:00 p.m.

   Related Documents:

   A. Certificate of No Objection Regarding Docket Number 182 [Docket No. 223, Filed May 17, 2013];

   B. Proposed Form of Order Regarding Docket Number 182.

   Responses Received:  None

   Status:  A Certificate of No Objection has been filed, and no hearing on this Application is necessary unless the Court requires otherwise.

4. Application Of The Official Committee Of Unsecured Creditors For An Order Under Bankruptcy Code Sections 328 And 1103 And Bankruptcy Rule 2014(a) Approving The Employment And Retention Of Gavin/Solmonese LLC *Nunc Pro Tunc* To April 8, 2013, As Financial Advisor To The Official Committee Of Unsecured Creditors [Docket No. 187, Filed May 1, 2013];

   Response Deadline:    May 15, 2013 at 4:00 p.m.

   Related Documents:

    A.    Certificate of No Objection Regarding Docket Number 187 [Docket No. 224, Filed May 17, 2013];

    B.    Proposed Form of Order Regarding Docket Number 187.

Responses Received:  None

Status:  A Certificate of No Objection has been filed, and no hearing on this Application is necessary unless the Court requires otherwise.

## II. UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL[4]

5. Application Of The Debtor Pursuant To Sections 327(a) And 328(a) Of The Bankruptcy Code For Authorization To Employ And Retain GA Keen Realty Advisors, LLC As Special Real Estate Advisor For The Debtor *Nunc Pro Tunc* To The Application Date [Docket No. 126, Filed April 12, 2013];

    Response Deadline:    May 15, 2013 at 4:00 p.m.

    Related Documents:

    A.    Certification of Counsel Regarding Docket Number 126 [Docket No. 228, Filed on May 20, 2013],

    B.    Proposed Form of Order Regarding Docket Number 126.

    Responses Received:

    C.    Limited Objection By Salus CLO 2012-1, Ltd. To Debtor's Application For Authority To Retain GA Keen Realty Advisors, LLC As Special Real Estate Advisors For The Debtor [Docket No. 215, Filed on May 15, 2013];

    Status:  The Debtor has submitted a revised, proposed form of Order that resolves the limited objection set forth above and informal comments received from the Office of the United States Trustee.  No hearing on this Application is necessary unless the Court requires otherwise.

6. Motion of Silver Sands Realty Associates, LLC For Relief From The Automatic Stay [Docket No. 185, Filed May 1, 2013];

    Response Deadline:    May 15, 2013 at 4:00 p.m., extended for only the Debtor until May 17, 2013.

    Related Documents:

---

[4] These matters are included in the C.N.O. Binder provided to this Court.

    A.    Certification of Counsel Regarding Stipulation Granting Silver Sands Realty Associates, LLC Relief from the Automatic Stay [Docket No. 221, Filed on May 17, 2013]

    B.    Proposed Form of Order Regarding Docket Number 185.

Responses Received:

    C.    Statement And Objection Of The Debtor To The Motion Of Silver Sands Realty, LLC For Relief From The Automatic Stay [Docket No. 218, Filed on May 17, 2013];

**Additional Documents:**

    D.    **Order Approving Stipulation Granting Motion of Silver Sands Realty Associates, LLC for Relief from the Automatic Stay [Docket No. 231, Filed May 20, 2013].**

Status: **The Court has entered an Order approving this Motion, and no hearing is required.**

III.    UNCONTESTED MATTERS GOING FORWARD

7.    Motion Of The Debtor To Establish Bar Dates For Filing Prepetition Proofs Of Claim, Including Section 503(b)(9) Claims, And Approve The Form And Manner Of Notice Thereof [Docket No. 205, Filed May 14, 2013];

Response Deadline:    May 20, 2013 at 12:00 noon

Related Documents:

    A.    Order Shortening Time of Notice with Respect to the Motion to Establish Bar Dates for Filing Prepetition Proofs of Claim, Including Section 503(b)(9) Claims, and Approve the Form and Manner of Notice Thereof. [Docket No. 214, Filed May 15, 2013];

Responses Received: None

Status: Pursuant to this Court's Order Shortening Notice with regard to this Motion, objections or other responses to this Motion are due to be filed no later than the deadline to submit this Agenda. The Debtor will file an amended Agenda to indicate if any responses or other objections are received.

IV.    CONTESTED MATTERS GOING FORWARD

8.    Motion For Allowance And Payment Of Administrative Claim [Docket No. 144, Filed April 19, 2013];

Response Deadline:    May 3, 2013 at 4:00 p.m., extended for the Debtor.

Related Documents: None

Responses Received:

A. 100 Manchester Realty, LLC's Objection To U.S. Bank National Association's Motion For Allowance And Payment Of Administrative Claim [Docket No. 193, Filed on May 3, 2013];

B. Response And Objection Of The Debtor To The Motion Of U.S. Bank National Association's Motion For Allowance And Payment Of Administrative Claim And To The Objection Of 100 Manchester Realty, LLC To Such Motion [Docket No. 201, Filed on May 10, 2013];

C. Reply in Support of Motion for Allowance and Payment of Administrative Claim [Docket No. 220, Filed on May 17, 2013]**;**

D. **100 Manchester Realty, LLC's Sur-Reply to U.S. Bank National Association's Motion For Allowance And Payment OF Administrative Claim [Docket No. 236, Filed on May 21, 2013]**

Status:  This matter is going forward.

Dated: May 2**1**, 2013                              A. M. SACCULLO LEGAL, LLC

*/s/ Anthony Saccullo*
Anthony M. Saccullo (Bar No. 4141)
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
kovach@saccullolegal.com

and

Michael S. Fox, Esquire
Jordanna L. Nadritch, Esquire
Jonathan T. Koevary, Esquire
Olshan Frome Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Counsel to the Debtor*