**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NAMCO, LLC,[1] | ) ) ) | Case No. 13-10610 (PJW) |
| Debtor. | ) ) |  |

**NOTICE OF RESCHEDULED OMNIBUS HEARING**

PLEASE TAKE NOTICE that the omnibus hearing scheduled to be held before the Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **June 19, 2013 at 11:00 a.m**. **(Eastern)** has been rescheduled to **June 24, 2013 at 10:00 a.m. (Eastern).**

Dated: May 22, 2013

A. M. SACCULLO LEGAL, LLC

*/s/ Anthony M. Saccullo*
Anthony M. Saccullo (Bar No. 4141)
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
kovach@saccullolegal.com

and

Michael S. Fox, Esquire
Jordanna L. Nadritch, Esquire
Jonathan T. Koevary, Esquire
OLSHAN FROME WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Counsel to the Debtor*

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number, is Namco, LLC (5145).

2086969-1