IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NAMCO, LLC,[1] ) | Case No. 13-10610 (PJW) |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Re: Docket No. _181_ |

## ORDER AUTHORIZING AND APPROVING THE RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO APRIL 4, 2013

Upon the *Application of Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C. §§ 327 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to April 4, 2013* (the "Application");[2] and upon the Declaration of Bradford J. Sandler filed in support of the Application (the "Sandler Declaration"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors and other parties-in-interest; and the Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the Application should be approved,

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number, is Namco, LLC (5145).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

DOCS_DE:186894.1 59802/002

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. The Committee is hereby authorized to retain and employ PSZJ as counsel to the Committee pursuant to sections 327 and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, *nunc pro tunc* to April 4, 2013.

3. PSZJ shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's Case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court.

4. PSZJ is authorized to render professional services to the Committee as described in the Application.

5. The Committee and PSZJ are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 22, 2013

The Honorable Peter J. Walsh
United States Bankruptcy Judge