IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NAMCO, LLC, | ) | Case No. 13-10610 (PJW) |
| | ) | |
| Debtor. | ) | Requested Objection Deadline: June 20, 2013 at 12:00 p.m. (Eastern) |
| | ) | Requested Hearing Date: June 24, 2013 at 10:00 a.m. (Eastern) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the debtor and debtor-in-possession in the above-captioned case (the "Debtor") has filed the **Debtor's Motion for Authorization and Approval to Enter Into Insurance Premium Financing Agreement With AFCO Credit Corporation** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that the Debtor has filed a Motion seeking to shorten notice of the Motion, and has requested that responses to the Motion, if any, be required to be filed on or before **June 20, 2013 at 12:00 p.m. (Eastern)** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Debtor's undersigned counsel so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that the Debtor has also requested that the Court shorten notice of the Motion such that a hearing on the motion may be held on **June 24, 2013 at 10:00 a.m. (Eastern)**, before The Honorable Peter J. Walsh at the United States Bankruptcy

Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 13, 2013                          A. M. SACCULLO LEGAL, LLC

*/s/ Anthony M. Saccullo*
Anthony M. Saccullo (Bar No. 4141)
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
Kovach@saccullolegal.com

and

Michael S. Fox, Esquire
Jordanna L. Nadritch, Esquire
Jonathan T. Koevary, Esquire
OLSHAN FROME WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

*Counsel to the Debtor*

2