**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| NAMCO, LLC, | ) Case No. 13-10610 (PJW) |
| Reorganized Debtor. | ) |

**NOTICE OF: (I) OCCURRENCE OF EFFECTIVE DATE; AND (II) DEADLINE FOR FILING FEE CLAIMS, ADMINISTRATIVE CLAIMS AND CLAIMS ARISING FROM REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES**

**PLEASE TAKE NOTICE THAT:**

1. On August 1, 2013, the United States Bankruptcy Court for the District of Delaware entered an order (the "Confirmation Order"), confirming the Debtor's First Amended Chapter 11 Plan of Reorganization, dated June 20, 2013 (as modified and solicited on June 27, 2013, together with all exhibits thereto filed with the Court, the "Plan"). If you would like to request a copy of the Confirmation Order or the Plan, you may (a) visit the website of the Debtor's balloting agent, Epiq Bankruptcy Solutions, LLC ("Epiq") at http://dm.epiq11.com/namco, (b) contact Epiq by calling (646) 282-2400, or (c) visit the Bankruptcy Court's website: https://ecf.deb.uscourts.gov/cgi-bin/. In addition, copies of these documents are on file with the Clerk of the Bankruptcy Court, 824 Market Street N, 3rd Floor, Wilmington, DE 19801. Capitalized terms used but not defined herein have the meanings given them in the Plan.

2. On August 16, 2013, the "Effective Date" occurred with respect to the Plan.

3. **Fee Claims Bar Date.** Pursuant to Section 3.02 of the Plan and paragraph 38 of the Confirmation Order, each Professional Person who holds or asserts a Fee Claim, other than ordinary course professionals retained by the Debtor pursuant to order(s) of the Bankruptcy Court, shall be required to file with the Bankruptcy Court, and serve on all parties required to receive notice, final application for allowance of such compensation and/or reimbursement by no later than sixty (60) days after the Effective Date. Accordingly, all Fee Applications must be filed and served so as to actually be received on or before **October 15, 2013**. FAILURE TO FILE AND SERVE SUCH FEE APPLICATION TIMELY AND PROPERLY SHALL RESULT IN THE FEE CLAIM BEING FOREVER BARRED AND DISCHARGED.

4. **Administrative Claims Bar Date**. Except as otherwise ordered by the Court and to the extent not barred by the General Bar Date Order [Dkt No. 252], all holders of Administrative Claims (except for (i) Fee Claims, (ii) Ordinary Course Administrative Claims, (iii) United States Trustee Fees, (iv) DIP Claims and Priority Tax Claims) not paid prior to the

Confirmation Date shall submit requests for payment on or before **October 15, 2013** or forever be barred, stopped and estopped from doing so and such Administrative Claim shall be deemed discharged as of the Effective Date.

     5.     **Government Bar Date**. Pursuant to the General Bar Date Order, all governmental units holding claims against the Debtor that arose or are deemed to have arisen prior to the Petition Date are required to file proofs of claim by September 20, 2013 at 5:00 p.m. (ET).

     6.     **Rejection Claims**. Pursuant to Section 9.04 of the Plan and paragraph 37 of the Confirmation Order, Claims arising out of the rejection of an executory contract or unexpired lease identified on the Schedule Of Rejected Contracts And Leases For Assumed Executory Contracts And Unexpired Leases Relating To The First Amended Chapter 11 Plan Of Reorganization (the "Rejection Claims") [Dkt No. 352], must be filed with the Court or Epiq and served upon the Debtor's counsel on or before thirty (30) days after service of the Confirmation Order, which is **September 12, 2013**.  **ANY REJECTION CLAIMS NOT FILED WITHIN SUCH APPLICABLE TIME PERIODS ARE FOREVER BARRED FROM RECEIVING A DISTRIBUTION FROM THE DEBTOR, THE REORGANIZED DEBTOR OR THE ESTATE.**

Dated: August 20, 2013

A. M. SACCULLO LEGAL, LLC

*/s/ Anthony M. Saccullo*
Anthony M. Saccullo (Bar No. 4141)
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
kovach@saccullolegal.com

and

Michael S. Fox, Esquire
Jordanna L. Nadritch, Esquire
Jonathan T. Koevary, Esquire
OLSHAN FROME WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

*Counsel to the Debtor*

3

2233620-1