# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NAMCO, LLC | | |
| **Case Number:** | 13-10610-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 21, 2013 11:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

### *Matter:*

Omnibus

**R / M #:**   408 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Approved - Proposed Order to be filed with Certification of Counsel